**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GRECCO PRODUCTIONS, INC.,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 21-4907** |
| | : | |
| **AL DÍA NEWSPAPER, INC., et al.,** | : | |
| Defendants. | : | |

# ORDER

This 13th day of February, 2023, upon consideration of Plaintiff's Motion for Entry of Default Judgment, ECF 10, it is hereby **ORDERED** that judgment is **ENTERED** in favor of Plaintiff Michael Greco Productions against Defendant Al Día Newspaper, Inc. in the total amount of **$25,718.11**, comprised as follows:

1. **$7,872.00** in statutory damages under the Copyright Act, 17 U.S.C. § 504.

2. **$17,170.00** in attorneys' fees.

3. **$440.00** in costs.

4. **$236.11** in pre-judgment interest on the statutory damages award.

Plaintiff is also awarded post-judgment interest on the entire judgment amount pursuant to 28 U.S.C. § 1961.

                                                        /s/ Gerald Austin McHugh
                                                      United States District Judge